AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Northern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| JOSHUA CADEN LOYD | ) | 2:26-MJ-49 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  between at least 01/19/2026 and 02/13/2026  in the county of  Tippecanoe  in the

Northern  District of  Indiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | - sexual exploitation of children through the production or live transmission of visual depictions of sexually explicit conduct |
| 18 U.S.C. § 2252A(a)(2) | - distribution or receipt of child pornography |
| 18 U.S.C. § 2252A(a)(5) | - possession of, and knowingly accessing with intent to view, child pornography |
| 18 U.S.C. § 2423(b) | - travel or attempt to travel in interstate commerce for the purpose of engaging in illicit sexual conduct with a minor |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Nathan C. Strange, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P 4.1 by email transmission and telephonic confirmation.

Date:    2/27/2026

City and state:    Hammond, IN

s/John E. Martin
*Judge's signature*

Hon. John E. Martin, U.S. Magistrate Judge
*Printed name and title*