UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>JOSHUA CADEN LOYD ) | Cause No. 2:26-CR-45 |

## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

Comes now the United States of America, by its counsel, Adam L. Mildred, United States Attorney for the Northern District of Indiana, through Zachary D. Heater, Assistant United States Attorney, and hereby files the following Bill of Particulars for Forfeiture of Property.

The Indictment seeks forfeiture of property pursuant to 18 U.S.C. §§ 2253 and 2428.  The United States hereby gives notice that, in addition to

1

property already listed in the forfeiture allegation, the United States is seeking forfeiture of the following additional property:

- Apple iPhone with S/N JGK7MFQFHP;
- Silver Apple Laptop with S/N C02JK903Q6L4.

Respectfully submitted,

ADAM L. MILDRED
UNITED STATES ATTORNEY

BY:   */s/ Zachary D. Heater*
Zachary D. Heater
Assistant United States Attorney
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
Tel:   (219) 937-5500
Fax:   (219) 852-2770
E-mail:   Zachary.Heater@usdoj.gov